NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTARI KASHAUN JACKSON,  )
                         )
        Appellant,       )
                         )
v.                       )        Case No. 2D18-1391
                         )
STATE OF FLORIDA,        )
                         )
        Appellee.        )
                         )
_____)

Opinion filed June 12, 2019.

Appeal from the Circuit Court for Pinellas
County; Joseph Bulone, Judge.

Howard L. Dimmig, II, Public Defender, and
Tosha Cohen, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.